LAWRENCE C. FORBES, Respondent, v. JAMES O'BRIEN, Appellant.— Judgment and orders affirmed, with costs. All concur. (The judgment awards plaintiff damages for loss of services of son injured in an automobile accident. The orders deny motions for a new trial on the minutes.) Present — Sears, P. J., Edgcomb, Crosby, Lewis and Cunningham, JJ.

LAWRENCE J. FORBES, an Infant, by LAWRENCE FORBES, His Guardian ad Litem, Respondent, v. JAMES O'BRIEN, Appellant.— Judgment and orders affirmed, with costs. All concur. (The judgment awards plaintiff damages for personal injuries

resulting from an automobile colliding with a bicycle. The orders deny motions for a new trial on the minutes.) Present — Sears, P. J., Edgcomb, Crosby, Lewis and Cunningham, JJ.